1

2

3

4                  UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
5                           AT TACOMA

6

7  CLARK COUNTY
   BANCORPORATION,                      CASE NO. C14-5816 BHS
8
                    Plaintiff,          ORDER DENYING
9                                       DEFENDANT'S MOTION TO
        v.                              DISMISS AND REQUESTING
10                                      RESPONSES
   FEDERAL DEPOSIT INSURANCE
11 CORPORATION, and FEDERAL
   DEPOSIT INSURANCE
12 CORPORATION-RECEIVER,

13                  Defendants.

14

15        This matter comes before the Court on Defendant Federal Deposit Insurance

16 Corporation-Receiver's ("FDIC-R") motion to dismiss third amended complaint (Dkt.

17 77).

18        On August 12, 2015, Plaintiff Clark County Bankcorporation ("CCB") filed a

19 third amended complaint.  Dkt. 77.  On October 22, 2015, FDIC-R filed the instant

20 motion to dismiss.  Dkt. 77.  On November 25, 2015, CCB responded and voluntarily

21 withdrew its second and third claims for relief.  Dkt. 83.  On December 17, 2015, FDIC-

22 R replied.  Dkt. 86.

1    In this case, CCB's complaint is virtually identical to its complaint in what FDIC-

2  R refers to as the "Companion Litigation," which is *Clark County Bancorporation v.*

3  *FDIC*, Cause No. 3:14-cv-05852BHS (W.D. Wash).  There are some minor differences

4  such as footnote material included in the main paragraphs instead of in footnotes, but

5  otherwise the complaints contain almost identical allegations.  On November 23, 2015,

6  the Court denied FDIC-R's motion to dismiss CCB's breach of contract claim in the

7  Companion Litigation stating that "FDIC-R has sufficient notice of the claim against it

8  and it is time to move to the merits of the parties' dispute." *Id.*, Dkt. 62.  Likewise, it is

9  time to move to the interpretation and substance of the disputed contract and FDIC-R

10  fails to provide any reason to conclude otherwise.  Therefore, the Court **DENIES** FDIC-

11  R's motion to dismiss, and CCB shall file a new complaint consistent with its voluntary

12  withdrawal of claims.

13    Furthermore, the Court requests responses to the issue of consolidation with the

14  Companion Litigation.  In order to conserve the Court and the parties' resources, it seems

15  readily evident that almost identical complaints should be prosecuted in a consolidated

16  action.  Responses may be filed no later than February 12, 2016.

17    **IT IS SO ORDERED**.

18    Dated this 4th day of February, 2016.

19

20    _____

21    BENJAMIN H. SETTLE
      United States District Judge

22