UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLARK COUNTY BANCORPORATION,<br><br>           Plaintiff,<br><br>   v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR BANK OF CLARK COUNTY,<br><br>           Defendant. | CASE NO. C14-5816 BHS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR MEDIATION |

This matter comes before the Court on Plaintiff Clark County Bancorporation's ("CCB") renewed motion for mediation (Dkt. 89).

On February 10, 2016, CCB filed the instant motion requesting that the Court enter an order of mediation. *Id.* On February 22, 2016, Defendant Federal Deposit Insurance Corporation-Receiver ("FDIC-R") responded. Dkt. 93. CCB did not reply.

"In any civil case, the court may order the parties to engage in mediation under this rule, and may schedule the required steps so as to maximize the prospects of early settlement." Local Rules, W.D. Wash. LCR 39(c)(1). The Court, however, declines to

ORDER - 1

order mediation when FDIC-R is strongly opposed to mediation, CCB has failed to show that mediation at this time would maximize the prospect of early settlement, and it appears that the matter may turn on a legal issue of contract interpretation. Therefore, the Court **DENIES** CCB's motion.

**IT IS SO ORDERED**.

Dated this 2nd day of March, 2016.

BENJAMIN H. SETTLE
United States District Judge