UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLARK COUNTY BANCORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR BANK OF CLARK COUNTY,<br><br>Defendant.<br><br>CLARK COUNTY BANCORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR BANK OF CLARK COUNTY,<br><br>Defendant. | **Case No. 3:14-cv-05816-BHS**<br>Case No. 3:14-cv-05852-BHS<br>CONSOLIDATED<br><br>**ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER** |

Plaintiff Clark County Bancorporation ("CCB") and Defendant Federal Deposit Insurance Corporation as Receiver for Bank of Clark County ("FDIC-Receiver") filed a Stiplulated Motion to Modify Scheding Order (the "Stipulated Motion"). Having considered the

ORDER GRANTING STIPLULATED MOTION
TO MODIFY SCHEDULING ORDER - 1
(CASE NO. 3:14-CV-05816-BHS)

GARVEY SCHUBERT BARER, P.C.
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

13383932.1

Stipulated Motion, and having found good cause for the requested relief, the Stipulated Motion is hereby GRANTED and the Scheduling Order is revised as follows:

| | |
|---|---|
| Motions in limine should be filed by | November 16, 2018 |
| Agreed pretrial order filed with the Court by | December 21, 2018 |
| Pretrial Conference | January 7, 2019, at 1:30 p.m. |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | January 29, 2019 |
| Trial Date | February 19, 2019 |

SO ORDERED this 11th day of October, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING STIPLULATED MOTION
TO MODIFY SCHEDULING ORDER - 2
(CASE NO. 3:14-CV-05816-BHS)

GARVEY SCHUBERT BARER, P.C.
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

13383932.1

Presented by:

| | |
|---|---|
| *s/ Stephen G. Leatham*<br>Stephen G. Leatham, WSB No. 15572<br>Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.<br>211 E. McLoughlin Boulevard, Suite 100<br>Vancouver, Washington 98663<br>Tel: (360) 750-7547; Fax: (360) 750-7548<br>sgl@hpl-law.com | *s/ Charles C. Robinson*<br>Charles C. Robinson, WSB No. 15394<br>Garvey Schubert Barer<br>1191 Second Avenue, Suite 1800<br>Seattle, WA 98101<br>Tel. (206) 464-3939; Fax (206) 464-0125<br>crobinson@gsblaw.com |
| and | and |
| Steven Berglass, *pro hac vice*<br>Seeley and Berglass<br>121 Whitney Ave.<br>New Haven, CT 06510<br>Phone: (203) 710-2276<br>seeleyberglass@cs.com<br><br>*Counsel for Plaintiff* | Darrell W. Clark, *pro hac vice*<br>Steven K. White, *pro hac vice*<br>Matthew C. Smilowitz, *pro hac vice*<br>Stinson Leonard Street LLP<br>1775 Pennsylvania Avenue NW, Suite 800<br>Washington, D.C. 20006-4605<br>Tel. (202) 728-3024; Fax (202) 572-9963<br>darrell.clark@stinson.com<br>steven.white@stinson.com<br>matthew.smilowitz@stinson.com<br><br>*Counsel for FDIC-Receiver* |

ORDER GRANTING STIPLULATED MOTION
TO MODIFY SCHEDULING ORDER - 3
(CASE NO. 3:14-CV-05816-BHS)

GARVEY SCHUBERT BARER, P.C.
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

13383932.1